IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON**                                                                                           **PLAINTIFF**
**ADC #129730**

V.                              NO. 4:23-cv-00766-BRW-ERE

**JOHNNY L. WILLIAMS,** *et al*.                                                                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Johnson has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Johnson's motion for preliminary injunctive relief[1] is DENIED.

IT IS SO ORDERED, this 11th day of October, 2023.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.