# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LANDON M. BRYANT,  PLAINTIFF
ADC #164418

V.  No. 4:22-CV-868-JM

STEVEN JONES, *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE